# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| APPLICATION OF THE UNITED )<br>STATES OF AMERICA FOR AN )<br>ORDER AUTHORIZING THE )<br>INSTALLATION AND MONITORING )<br>OF AN ELECTRONIC ALERTING )<br>DEVICE AND TRACKING DEVICE )<br>AS A PHYSICAL SURVEILLANCE )<br>AID IN PRIORITY MAIL )<br>EXPRESS PARCEL EJ347638037US ) | MAGISTRATE NO. 04:20-MJ-00042-SAO |

## APPLICATION AND AFFIDAVIT

I, Alexander C Laumb, United States Postal Inspector, being duly sworn, hereby affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a U.S. Postal Inspector, employed by the Seattle Division of the U.S. Postal Inspection Service, specifically in the Anchorage Domicile. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service and/or United States Mail. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a Controlled Substance, and Title 21, United States Code, Section 843(b), Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony.

2. I am a U.S. Postal Inspector and have been so employed since August of 2019. I attended and graduated from a three-month Basic Inspector Training (BIT) academy operated by the United States Postal Inspection Service (USPIS) in November 2019. While attending the BIT academy, I received training and instruction on investigating federal crimes that use the U.S. Mail including but not limited to the sending of illegal drugs through the U.S. Mail, Prior to my employment with the USPIS, I was employed for nine years by the Washington National Guard Counterdrug Program as a Criminal Analyst. From 2010 to 2015, I was assigned to the Tri-City Metro Drug Task Force in Kennewick, WA and the Snohomish Regional Drug Task Force in Everett, WA.

3. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including the sending of illegal drugs through the U.S. Mail, robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, identity theft, and counterfeit personal checks and identifications.

4. As an Inspector with the USPIS, I have participated in numerous criminal investigations relating to illegal drugs sent through the U.S. Mail, burglary of postal facilities, theft of U.S. Mail, possession of stolen U.S. Mail, counterfeit personal checks, bank fraud, identity theft, and mail fraud.

5. In this warrant application, I request, pursuant to 18 U.S.C. Sections 3117(a) an order for

the installation and monitoring of an electronic alerting device and a tracking device in USPS Priority Mail Express Parcel EJ347638037US, (hereinafter referred to as the **Subject Parcel**) addressed to "Joshua Miller 3100 VFW St North Pole, AK 99705" from "Carolina Lopez 4708 N 55th Ave Phoenix, AZ 85031." A photocopy of the label of the **Subject Parcel** is attached as **Exhibit 1**. The **Subject Parcel** weighs approximately one (1) pound fifteen (15) ounces, and is a Priority Mail Express box measuring 11 inches x 8.5 inches x 5.5 inches. The **Subject Parcel** is affixed with postage in the amount of $50.85, and was mailed on June 1, 2020 from Phoenix, AZ 85031. Inside the **Subject Parcel** was a smaller USPS Priority Mail box covered in bubble wrap. Inside the Priority Mail box was a sealed shipping envelope. Inside the shipping envelope was a duct taped vacuum sealed bag. Inside the vacuum sealed bag contained a white crystalline substance that weighed a total of approximately 15.6 ounces that field tested positive for methamphetamine.

6. Agents plan to remove the controlled substance and replace with a representative sample of the controlled substance as well as sham, a substance that looks like the controlled substance. By this application, I request authorization to insert an electronic monitoring device into the package. The electronic monitoring device will assist law enforcement in determining when the suspect(s) examine or remove the placed sham controlled substance. After the device goes into "alert" mode indicating the **Subject Parcel** was opened, United States Postal Inspectors and other law enforcement officials plan to secure the location, retrieve the electronic alerting device, the **Subject Parcel**, all other contents of the **Subject Parcel**, and submit any necessary further applications for search warrants.

7. By this application, I also request authorization to insert a tracking device into the package. Based on my training and experience, I know that controlled substance traffickers will often use a mailing address as a "drop address." At a "drop address", the person accepting the parcel at the delivery address will either open it there or move it to another place to open it or deliver it to another person who may or may not be the actual intended recipient. The movement of the parcel from the delivery address to another place is often done intentionally to avoid detection or apprehension by law enforcement. The tracking device will assist law enforcement to conduct surveillance of the parcel in the event that the parcel is moved from the delivery address to a different location or its final destination.

8. Based on my training and experience, and conversations with other law enforcement officers, I know that evidence of controlled substance trafficking besides the parcel is often at the final destination and that such evidence is subject to immediate destruction if law enforcement presence is discovered by the recipient after opening the controlled parcel.

## SUBJECT PARCEL

9. On June 2, 2020 Inspector Kevin Horne identified the **Subject Parcel** while researching Postal databases. The **Subject Parcel** was located on June 2, 2020, when it arrived at the US Postal Service Processing and Distribution Center in Anchorage, AK.

4

10. On June 2, 2020, at approximately 6:42 PM, federal search warrant 04:20-MJ-0041-SAO was applied for and granted by a United States Magistrate Judge for the **Subject Parcel**.

11. On June 3, 2020, at approximately 8:13 AM, federal search warrant 04:20-MJ-0041-SAO was executed on the **Subject Parcel**. The **Subject Parcel** was found to contain approximately 15.6 gross ounces of a white crystalline substance, in a vacuum sealed bag, wrapped in duct tape, placed inside of a mailing envelope, which was placed inside of a smaller USPS Priority Mail box, which was sealed and wrapped in a layer of bubble wrap which was placed in the exterior cardboard box identified as the **Subject Parcel**.

12. Based on these facts, I request an order for the installation and monitoring of electronic alerting device and tracking device in the **Subject Parcel** for three (3) days, to aid the officers in detecting when the suspect(s) open the **Subject Parcel** to examine or remove the placed sham controlled substance and to track the **Subject Parcel** if it is moved from the delivery address to a different location. In addition, I request that the Order allow officers to monitor the electronic alerting device and tracking device on either public or private property, including the location of initial delivery, or any other property to which the **Subject Parcel** is transported. After the electronic alerting device goes into "alert" mode, indicating that the **Subject Parcel** was opened, or if it is determined that the alerting device or tracking device is malfunctioning, or if the alerting device does not go into "alert" mode at least two (2) hours after delivery and the **Subject Parcel** has remained at the same location during those two (2) hours, United States Postal Inspectors and other law

enforcement officials seek authorization to retrieve the **Subject Parcel**, its contents and the devices, whether on private or public property. United States Postal Inspectors and other law enforcement officials will only use a properly functioning electronic alerting device and tracking device. If necessary, law enforcement officers then plan to secure the location and submit any necessary further applications.

Alexander C Laumb
Postal Inspector

~~Subscribed and~~ sworn to before me on this 3rd day of June 2020.

United States Magistrate Judge
United States District Court
District of Alaska